Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEXVET BIOPHARMA PUBLIC LIMITED COMPANY, MARK HEFFERNAN, GEORGE GUNN, CHRISTOPHER BROWN, ASHRAF HANNA, CORMAC KILTY, JOSEPH MCCRACKEN, RAJIV PATEL, and JOHN PAYNE,<br><br>Defendants. | Case No.  17-cv-03099-JST<br><br>**NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)** |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: August 2, 2017                    **WEISSLAW LLP**
                                         Joel E. Elkins

                                         By: _____

                                         Joel E. Elkins
                                         9107 Wilshire Blvd., Suite 450
                                         Beverly Hills, CA 90210
                                         Telephone: 310/208-2800
                                         Facsimile: 310/209-2348
                                               -and-
                                         Richard A. Acocelli
                                         1500 Broadway, 16th Floor
                                         New York, NY 10036
                                         Telephone: 212/682-3025
                                         Facsimile: 212/682-3010

                                         *Attorneys for Plaintiff*